# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

EDWARD B. HUELSMAN,

        Plaintiff,           :        Case No. 3:12-cv-375

                                  District Judge Walter Herbert Rice
    -vs-                                Magistrate Judge Michael R. Merz

                                  :

ROBERT J. LINDEMAN, et al.,

        Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

        The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 23, 2012, hereby ADOPTS said Report and Recommendations.

        Accordingly, it is hereby ORDERED that the Complaint herein be dismissed with prejudice as to Defendant Lindeman and without prejudice as to the remaining Defendants.

November 27, 2012.

                                                    Walter Herbert Rice
                                                    United States District Judge